# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

ELAINE L. CHAO,  )
Secretary of Labor,  )
Department of Labor,  )
  )
      Plaintiff,  )
  )
v.  )   No. 07-3200-CV-S-DW
  )
HOME TEAM CONSTRUCTION &  )
MAINTENANCE, LLC, et al.,  )
  )
      Defendants.

## ORDER

Before the Court is the parties' Stipulation of Compliance and Dismissal with Prejudice (Doc. 4). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.


Date:   October 11, 2007                 /s/ Dean Whipple
                                                          Dean Whipple
                                                  United States District Judge